DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**C.I.,** the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES** and
**GUARDIAN AD LITEM,**
Appellees.

No. 4D2023-3037

[March 20, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael J. Linn, Judge; L.T. Case No. 562023DP000247.

Antony P. Ryan, Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, and Danielle Forte, Assistant Regional Counsel, West Palm Beach, for appellant.

Andrew Feigenbaum, Children's Legal Services, West Palm Beach, for appellee Department of Children and Families.

Sara E. Goldfarb, Statewide Director of Appeals, Statewide Guardian Ad Litem Office, Tallahassee, and Stephanie Novenario, Statewide Guardian Ad Litem Office, Defending Best Interests, Tallahassee, for appellee Guardian Ad Litem.

PER CURIAM.

*Affirmed.*

GERBER, GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***